UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL DEONTRAY WILLIAMS, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 15-1275-MWF (FFM) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |
|---|---|---|
| Petitioner, | | |
| v. | | |
| J. SOTO, | | |
| Respondent. | | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, relevant pleadings, and the Amended Report and Recommendation of United States Magistrate Judge ("Report"). Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that judgment be entered dismissing the Petition with prejudice. A certificate of appealability is DENIED.

DATED: May 10, 2018

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE