UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEONTRAY WILLIAMS,<br><br>          Petitioner,<br><br>    v.<br><br>J. SOTO,<br><br>          Respondent. | No. CV 15-1275 MWF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 10, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge